IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRAVIS BARRETT NAVE,

    Plaintiff,

v.                                                      4:15cv376–WS/CAS

DR. SCHLOFMAN,
DR. MACHADO-PELLOT,
DON WHITFIELD, and
J. WEBSTER,

    Defendants.

_____

## ORDER GRANTING DR. MACHADO-PELLOT'S, DON WHITFIELD'S, AND J. WEBSTER'S MOTION FOR SUMMARY JUDGMENT

Before the court is the magistrate judge's report and recommendation (doc. 57) docketed January 20, 2017. The magistrate judge recommends that the motion for summary judgment (doc. 33) filed by Defendants Don Whitfield, Jimmy Webster, and Dr. Veronica Machado-Pellot be granted as to Whitfield and Webster but denied as to Dr. Machado-Pellot. Defendants have filed objections (doc. 58) to the report and recommendation insofar as it addresses Plaintiff's claims against Dr. Machado-Pellet.

Having considered the record in light of Defendants' objections, the court

finds that Defendants' motion for summary judgment must be granted in favor of Whitfield, Webster, *and* Dr. Machado-Pellet. The record evidence does not demonstrate that any of the three—Whitfield, Webster, or Dr. Machado-Pellet—was deliberately indifferent to Plaintiff's serious medical needs.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 33) is ADOPTED as it relates to Defendants Whitfield and Webster.

2. Defendants' motion for summary judgment (doc. 33) is GRANTED in toto.

3. All claims against Dr. Machado-Pellot, Don Whitfield, and Jimmy Webster are DISMISSED WITH PREJUDICE. The clerk shall note on the docket that Dr. Machado-Pellot, Don Whitfield, and Jimmy Webster have been terminated from this action.

4. The clerk shall REMAND the case to the magistrate judge for further proceedings.

DONE AND ORDERED this __3rd__ day of __March__, 2017.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE