IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRAVIS BARRETT NAVE,

    Plaintiff,

v.                                                           4:15cv376–WS/CAS

DR. SCHLOFMAN,
DR. MACHADO-PELLOT,
DON WHITFIELD, and
J. WESTER,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S SECOND REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation (doc. 61) docketed March 16, 2017. The magistrate judge recommends that Dr. Leonard Schlofman's motion to dismiss be granted. All other defendants were previously dismissed by order (doc. 60) entered March 3, 2017. The plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's second report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's second report and recommendation (doc. 61) is hereby ADOPTED and incorporated by reference in this order.

2. Dr. Leonard Schlofman's motion to dismiss (doc. 52) is GRANTED, and Dr. Leonard Schlofman is hereby DISMISSED from this action with prejudice for failure to exhaust administrative remedies.

3. The clerk shall enter judgment stating: "All claims are dismissed."

DONE AND ORDERED this ___25th___ day of ___April___, 2017.


                                           s/ William Stafford
                                           WILLIAM STAFFORD
                                           SENIOR UNITED STATES DISTRICT JUDGE